

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| JOSEPH VALENTINO JOINER, | § | No. 08-18-00118-CR |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D02895) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the reply brief until **May 6, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ellic Sahualla, the Appellant's Attorney, prepare the Appellant's reply brief and forward the same to this Court on or before May 6, 2019.

IT IS SO ORDERED this 30th day of April, 2019.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.